UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:17-CV-10520-LTS

JANE DOE,
Plaintiff

V.

BOSTON UNIVERSITY, ET. AL.,
Defendants

<u>CLOSING ORDER</u>

June 19, 2018

SOROKIN, D.J.

In accordance with the Judgment (Docket #12) entered on May 23, 2018, remanding case to the Suffolk Superior Court, this case is hereby closed.

/s/ Leo T. Sorokin
United States District Judge